FILED
2014 Jan-24  PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICALS & EQUIPMENT INC. 401(K) RETIREMENT PLAN, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL GLOBAL INVESTORS, LLC, <br><br> Defendants. | Civil Action Number <br> **2:13-cv-1601-AKK** |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, Defendants' motion to transfer, doc. 11, is **GRANTED**. Consequently, Defendants' motion to dismiss, doc. 21, is **DENIED** with leave to re-file. The Clerk is directed to **TRANSFER** this case to the United States District Court for the Southern District of Iowa.

**DONE** the 24th day of January, 2014.



_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE